Name and address:
ESTELLE & KENNEDY
A Professional Law Corporation
Paul Suppa, Esq., SBN: 208014
Stephen Michael Shaw, Esq., SBN 179510
367 N. 2nd Avenue
Upland, California 91786
Office: 909-608-0466

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CHIMESA MEDINA | CASE NUMBER: |
|---|---|
| v.  PLAINTIFF(S) | 8:20-CV-00304-JVS-JEM |
| THE BOEING COMPANY  DEFENDANT(S) | **REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF COUNSEL** |

### INSTRUCTIONS

Generally, an attorney may withdraw from representing a party in a case without the Court's permission **if** another member of the attorney's firm or agency will continue to represent that party **and** the withdrawing attorney is not the only member in good standing of the Bar of this Court representing that party. In that circumstance, the withdrawing attorney should complete and file a "Notice of Appearance or Withdrawal of Counsel" (Form G-123), instead of this "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01).

Notably, however, Court permission for withdrawal or substitution **is** required if no member of the withdrawing attorney's firm or agency will remain as counsel of record. In such circumstances, the attorney(s) seeking to withdraw should complete and file this "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01), and submit a proposed "Order on Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01 Order).

If the circumstances surrounding an attorney's withdrawal or request to substitute other counsel are not covered by this Form G-01, the attorney may instead file a regularly noticed motion supported by a more detailed memorandum of points and authorities.

### SECTION I - WITHDRAWING ATTORNEY

*Please complete the following information for the attorney seeking to withdraw (provide the information as it <u>currently</u> appears on the docket; if the attorney appeared pro hac vice, enter "PHV" in the field for "CA Bar Number"):*

Name: Paul Suppa                                             CA Bar Number: 208014

Firm or agency:  Estelle & Kennedy

Address:  367 N. 2nd Avenue, Upland, CA 91786

Telephone Number:  909-608-0466              Fax Number:  909-608-0477

E-mail:  paul@estellekennedylaw.com

Counsel of record for the following party or parties:  Plaintiff, Chimesa Medina

Other members of the same firm or agency also seeking to withdraw:  Michael Kennedy, Stephen Shaw, Danielle Little and Brandy Estelle

## SECTION II - NEW REPRESENTATION

☐ No new counsel is necessary. The party or parties represented by the attorney(s) seeking to withdraw will continue to be represented by another attorney/firm who has already entered an appearance as counsel of record for that party or parties in this case, and who is a member in good standing of the Bar of this Court.

☐ The party or parties represented by the attorney(s) seeking to withdraw have not retained new counsel and wish to proceed *pro se*, as self-represented litigants.

☐ The party or parties represented by the attorney(s) seeking to withdraw have retained the following new counsel, who is a member in good standing of the Bar of this Court:

Name: Chimesa Medina - Pro Se      CA Bar Number: 

Firm or agency: 

Address: 703 W. 28th St San Pedro, CA 90731

Telephone Number: (562) 595-2327      Fax Number: 

E-mail: medina.chimesa1@gmail.com

## SECTION III - SIGNATURES

### Withdrawing Attorney

I am currently counsel of record in this case, and am identified above in Section I as the "Withdrawing Attorney." I have given notice as required by Local Rule 83-2.3. I hereby request that I and any other attorney(s) listed in Section I be allowed to withdraw from this case.

Date: 04/12/2022         Signature: *Paul Suppa*

                         Name: Paul Suppa, Esq.

### New Attorney (if applicable)

I have been retained to appear as counsel of record in this case, and my name and contact information are given above in Section II. I am a member in good standing of the Bar of this Court.

Date:                    Signature:

                         Name:

### Party Represented by Withdrawing Attorney

I am currently represented by, or am an authorized representative of a party currently represented by, the Withdrawing Attorney listed above. I consent to the withdrawal of my current counsel, and to (*check if applicable*):

☐ substitution of counsel as specified above.

☐ representing myself *pro se* in this case.

Date:                    Signature: x

                         Name: Chimesa Medina

                         Title: Plaintiff

# PROOF OF SERVICE

STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action, my business address is 606 South Olive Street, Suite 1140, Los Angeles, California 90014.

On 04/13/2022, I served the foregoing document described as: **REQUEST FOR APPROVAL OF WITHDRAWAL OF COUNSEL FOR PLAINTIFF, CHIMESA MEDINA; AND [PROPOSED] ORDER**, on the interested parties in this action by placing ( ) the original (X) a true copy thereof enclosed in a sealed envelope addressed as follows:

Jon G. Daryanani JDaryanani@perkinscoie.com
Lindsay M. Holloman LHolloman@perkinscoie.com
Jill L. Ripke JRipke@perkinscoie.com
Javier Garcia JGarcia@perkinscoie.com
Jose Gamez JGamez@perkinscoie.com
PERKINS COIE LLP
1888 Century Park E., Suite 1700
Los Angeles, CA 90067-1721

Ms. Chimesa Medina -- medina.chimesa1@gmail.com
703 W. 28th St.
San Pedro, CA 90731

[X] **VIA ELECTRONIC TRANSMISSION:** I personally e-mailed the document(s) to the persons at the e-mail address(es) above. This method of service is permitted by California Rule of Court Emergency Rule 12 and necessitated during the declared National Emergency due to the Coronavirus (COVID-19) pandemic because this office is working remotely, not able to send physical mail as usual, and is therefore using only electronic mail, C.C.P §1010.6. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission. A physical copy will be provided upon request only.

[X] **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully paid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more that one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 04/13/2022, at Los Angeles, California.

Julie Pena, Paralegal