UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHIMESA MEDINA, an individual, pro se,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>THE BOEING COMPANY, a.k.a. "Boeing", a corporation,<br><br>　　　　　　Defendants. | Case No. 8:20-cv-00304-JVS-JEM<br><br>**JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 54(b) [89]**<br><br>District Judge,<br>Honorable James V. Selna<br>Magistrate Judge,<br>Honorable John D. Early |

On March 24, 2022, the Court granted in part and denied in part THE BOEING COMPANY's ("Boeing") Motion for Sanctions. *See* Dkt. No. 74. The Court ordered that Plaintiff Chimesa Medina ("Medina") pay the sanctions award within thirty days, or by April 26, 2022. *See id.* The Court further ordered that Boeing shall file a notice of compliance when the sanctions are paid in full or, in the alternative, the Court will enter a Rule 54(b) judgment on the issue of sanctions alone. *See id.* The Court having found Medina has not paid the $31,080.74 in sanctions enters a judgment against Medina in that amount on the issue of sanctions alone.

**IT IS ORDERED AND ADJUDGED:**

(A) Boeing recovers from Medina $31,080.74 in sanctions;

(D) The Court expressly determines that there is no just reason for delay to enter final judgment for Boeing on the issue of sanctions alone pursuant to FED. R. CIV. P. 54(b); and

(E) The Court directs entry of final judgment for Boeing on the issue of sanctions alone pursuant to FED. R. CIV. P. 54(b).

**IT IS SO ORDERED**.

Dated: February 21, 2023    By: _____
James V. Selna
United States District Judge

**PROOF OF SERVICE BY OVERNIGHT DELIVERY AND EMAIL**

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 1888 Century Park E., Suite 1700, Los Angeles, California 90067-1721. On April 27, 2022, I deposited with Federal Express, a true and correct copy of the within documents:

**[PROPOSED] JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 54(b)**

in a sealed envelope, addressed as follows:

CHIMESA MEDINA
703 W. 28th Street
San Pedro, CA 90731
Telephone: (562 595-2327
Email: medina.chimesa1@gmail.com
Plaintiff pro se

Following ordinary business practices, the envelope was sealed and placed for collection by Federal Express on this date, and would, in the ordinary course of business, be retrieved by Federal Express for overnight delivery on this date.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on April 27, 2022, at Los Angeles, California.

Jose E. Gamez